*U.S.A. v. Dewayne Reshard Robinson*
*Case No.: 2:14 CR 00006*
*Motion to Dismiss Count 2 of the Indictment*

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.      CASE No.:  2:14-cr-00006

DEWAYNE RESHARD ROBINSON                              DEFENDANT

**MOTION TO DISMISS COUNT 2 OF INDICTMENT**

Now comes the Defendant, Dewayne Reshard Robinson, by Counsel, and hereby moves this Honorable Court to Dismiss Count 2 of the Indictment in that it is duplicitous and serves to seek multiple convictions for violations of a single act.

DEWAYNE RESHARD ROBINSON
By Counsel

/s/ TIMOTHY W. McAFEE
Timothy W. McAfee, PLLC
The McAfee Law Firm
VSB: #21779
408 Wood Avenue
P.O. Box 610
Big Stone Gap, VA 24219
Telephone: (276) 523-5300
Fax: (540) 301-5777
Counsel For **Dewayne Reshard Robinson**
E-Mail: tmcafee@timothymcafee.com

*U.S.A. v. Dewayne Reshard Robinson*
*Case No.: 2:14 CR 00006*
*Motion to Dismiss Count 2 of the Indictment*

## <u>CERTIFICATE OF SERVICE</u>

I, Timothy W. McAfee, do hereby certify that on **November 23, 2014** a copy of the

foregoing **Motion** was **electronically filed** with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to all Counsel of Record.

/s/ TIMOTHY W. McAFEE

Page 2 of 2