# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 2:14CR00006 |
| v. ) | **FINAL ORDER** |
| ) | |
| **DEWAYNE RESHARD ROBINSON,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For the reasons stated in the Opinion accompanying this Final Order, it is **ORDERED** that the United States' Motion to Dismiss is GRANTED and the Motion pursuant to 28 U.S.C. § 2255 is DENIED. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, it is further **ORDERED** that a certificate of appealability is DENIED.

ENTER: May 1, 2019

/s/ James P. Jones
United States District Judge